UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROL A. WILSON, *et al.*,

    Plaintiffs,

v.

CHAGRIN VALLEY STEEL
ERECTORS, INC.,

    Defendant/Third-Party Plaintiff,

v.

JUSTIN M. HELMICK,

    Third-Party Defendant.

Case No. 2:16-cv-1084
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the Court on the Amended Motion of Counsel for Defendant/Third-Party Plaintiff, Chagrin Valley Steel Erectors, Inc. ("CVSE"), for Leave to Withdraw as Counsel in this Case. (ECF No. 94.) For good cause shown, this motion is hereby **GRANTED**.

Counsel makes his motion pursuant to Rule 1.16 of the Ohio Rules of Professional Conduct, and S.D. Ohio Civ. R. 83.4(c)(2). S.D. Ohio Civ. R. 83.4(c)(2) states that a trial attorney's motion to withdraw shall meet three requirements:

> (1) it must be served upon the client, and the certificate of service must so state;
> (2) it must assert that good cause, as defined by the Rules of Professional Conduct, exists to permit the withdrawal; and
> (3) it must be accompanied by an affidavit or other evidence supporting the assertion of good cause.

This motion meets each of these three requirements, and demonstrates good cause in compliance with the Ohio Rules of Professional Conduct, Rule 1.16(b)(4-6). Counsel also requests that the

hearing on Plaintiff's motion for attorneys' fees scheduled for June 25, 2018, be rescheduled to permit CVSE to obtain new representation.

The Court hereby **GRANTS** Counsel's motion to withdraw (ECF No. 94). The hearing previously scheduled for June 25, 2018 is hereby **VACATED**. The Court will hold a hearing on **July 11, 2018, at 1:30 p.m.** to permit the parties to be heard on the matter of attorneys' fees and costs, and to consider the appropriate amount of any *supersedeas* bond. No further extensions of time will be granted.

**IT IS SO ORDERED.**

\_\_6-20-2018_____
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**