UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROL A. WILSON, *et al.*,

    Plaintiffs,

v.

CHAGRIN VALLEY STEEL
ERECTORS, INC.,

    Defendant/Third-Party Plaintiff,

v.

JUSTIN M. HELMICK,

    Third-Party Defendant.

Case No. 2:16-cv-1084
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This parties have informed the Court that this matter has been resolved. Accordingly, for good cause shown the Joint Motion to Vacate the Hearing Scheduled for July 16, 2018, is **GRANTED** and the hearing is **VACATED**.

**IT IS SO ORDERED.**

7-16-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE